<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Marianna Udem
Brigette McGrath
**ASK LLP**
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD
Sub-Trust A*

</td></tr>
</table>

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*,[1] | Case No. 23-18993 (MBK) |
| Debtors. | (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, | |
| Plaintiff, | Adv. No. 25-02265 |
| v. | |
| Summit Properties and Development Co., LLC, | |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter is dismissed with prejudice. An answer has been filed.

Dated: January 19, 2026

ASK LLP


*/s/ Brigette McGrath*_____
Brigette McGrath, Esq.
NJ SBN 01000-2011
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq.
NJ SBN 03659-2006
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342


*Counsel for Plaintiff*

Dated: January 19, 2026

WOMBLE BOND DICKINSON (US) LLP


*/s/ Wojciech F. Jung*_____
Wojciech F. Jung, Esq.
888 Seventh Avenue, 38th Floor
New York, NY 10106
Telephone:332.258.8400
Email: Wojciech.Jung@wbd-us.com

*Counsel for Defendant*